# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KIALEGEE TRIBAL TOWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF THE INTERIOR, )<br>*et al.* )<br>)<br>Federal Defendants. )<br>) | Civil Action No.: 1:21-cv-00590-CKK |

## ORDER

Upon consideration of the Joint Motion to Vacate or Set Aside Default Order in the above-captioned case, it is hereby **GRANTED**. The default order entered by the clerk on July 2, 2021, ECF No. 12, is hereby vacated in its entirety and shall have no further force and effect. It is further ordered that Plaintiff shall perfect service consistent with Rule 4 by or before **SEPTEMBER 27, 2021.**

It is **SO ORDERED**.

Dated this 28 day of July 2021.

_____
Hon. Colleen Kollar-Kotelly
United States District Court Judge